| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Pallmeyer, Rebecca R. | 2. Court or Organization U.S. District Court | 3. Date of Report 05/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Artile III Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/1/2009 to 12/31/2009 |
| 7. Chambers or Office Address 219 South Dearborn Street Room 2178 Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ _____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Pallmeyer, Rebecca R.

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | U.S. District Judge Salary | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Northwestern University Salary |
| 2. 2/28/09 | Royalty: John Wiley & Sons |
| 3. 3/30/09 | Honorarium: Society for Personality Assessment ($900.00) |
| 4. 4/16/09 | Honorarium: Northwestern University Alumni Assoc. ($400.00) |
| 5. 4/16/09 | Royalty: American Psychological Association |
| 6. 8/2/09 | Honorarium: University of Chicago ($500.00) |
| 7. 8/31/09 | Royalty: John Wiley & Sons |
| 8. 9/30/09 | Royalty: Guilford Press |
| 9. 10/06/10 | Honorarium: Loyola Academy ($1,000.00) |
| 10. 11/10/09 | Honorarium: University of Chicago ($200.00) |
| 11. 12/23/09 | Honorarium: Institute for Psychoanalysis ($300.00) |
| 12. | |
| 13. | |
| 14. | |
| 15. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/11/2010 |

16. _____

17. _____

## IV. REIMBURSEMENTS — _transportation, lodging, food, entertainment._
_(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)_

☐ NONE _(No reportable reimbursements.)_

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Seventh Circuit Bar Association | 5/17/09 - 5/19/09 | Indianapolis, IN | Seventh Circuit Meeting | transportation, lodging, meals |
| 2. | Amerian Law Institute-American Bar Association | 7/22/09 - 7/25/09 | Santa Fe, NM | Panel Member - Seminar | transportation, meals |
| 3. | American Conference Institute | 10/19/09 - 10/20/09 | New York City, NY | Panel Member - Seminar | transportation, meals |
| 4. | American Bar Association | 11/05/09 - 11/6/09 | Washington, DC | Panel Member - Seminar | transportation, lodging, meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking Account: Chase, Evanston, IL | A | Interest | J | T | | | | | |
| 2. CD: Chase, Evanston, IL | A | Interest | J | T | | | | | |
| 3. Money Market Accounts: Chase, Evanston, IL | A | Interest | M | T | | | | | |
| 4. TIAA-CREF | | None | O | T | | | | | |
| 5. Metropolitan Life | A | Dividend | J | T | | | | | |
| 6. Eaton Vance Tax Mgmt Emerging Markets Instl. | A | Dividend | J | T | | | | | |
| 7. Fidelity Advisor Leveraged Co. Stk. Cl.1 | A | Dividend | J | T | | | | | |
| 8. Harbor Bonds Inst. | C | Dividend | L | T | | | | | |
| 9. I Shares S & P 500 Index Fund | A | Dividend | K | T | | | | | |
| 10. I Shares TR MSCI. Eafe. Index Fund | A | Dividend | J | T | | | | | |
| 11. Market Vectors ETF TR. Global Alternative Energy | A | Dividend | J | T | | | | | |
| 12. Keeley Small Cap Value Class A | A | Dividend | K | T | | | | | |
| 13. American Funds New World Fund A | A | Dividend | K | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pallmeyer, Rebecca R. | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544